**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| REBECCO CASTILLO, | ) | Case No. CV-18-9775-R |
| Plaintiff(s), | ) | |
| v. | ) | **ORDER OF DISMISSAL BY LACK OF PROSECUTION** |
| GHIRARDELLI CHOCOLATE COMPANY, et al. | ) | |
| Defendant(s). | ) | |

Plaintiff was ordered to show cause in writing by not later than **May 30, 2019** why this action should not be dismissed for lack of prosecution;

WHEREAS, this period has elapsed without any action by plaintiff.

The Court hereby DISMISSES this instant action for lack of prosecution.

Dated: May 31, 2019

HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE